**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VERONAFIERE S.p.A., d/b/a VINITALY, <br><br> Plaintiff, <br><br> v. <br><br> FIERE ITALIANE, LLC d/b/a FIERE ITALIANE USA, LLC, MAURIZIO MUZZETTA, and MOLLY MATELSKI <br><br> Defendants. | No. 1:26−cv−02219 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Albert Berry III |

**JOINT MOTION TO ENTER**
**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff VERONAFIERE S.p.A., d/b/a VINITALY ("Veronafiere") and FIERE ITALIANE, LLC d/b/a FIERE ITALIANE USA, LLC, MAURIZIO MUZZETTA, and MOLLY MATELSKI ("Defendants") (collectively, the "Parties") hereby move for the Court to enter the annexed Consent Judgment and Permanent Injunction, which has been executed by the parties and their counsel on consent. In support of their motion, the Parties state as follows:

1. On February 26, 2026, Plaintiff Veronafiere commenced the instant action asserting claims for False Designation of Origin, violations of the Anti-Cybersquatting Consumer Protection Act, Violation of Illinois Deceptive Trade Practices Act, Unfair Competition – Illinois Consumer Fraud and Deceptive Business Practices Act, and Breaches of Contract. (Dkt. 1)

2. On March 1, 2026, Plaintiff Veronafiere filed its motion for a temporary restraining order and preliminary injunction. (Dkt 6)

3. On March 16, 2026, this Court issued a Temporary Restraining Order ordering Defendants to "cease to use in commerce, directly or indirectly, Vinitaly and Vinitaly.USA" (Dkt.

-2-

26) and set an expedited discovery schedule in anticipation of the Preliminary Injunction Hearing. (Dkt. 27)

4. On May 11, 2026, the Parties advised the Court through a Joint Status Report that a settlement in principle had been reached and same was being reduced to writing. (Dkt. 72)

5. On June 8, 2026, the Parties advised the Court through a Joint Status Report that the Parties had executed a written settlement agreement and that they anticipated filing a Consent Judgment and Permanent Injunction. (Dkt. 78)

6. Now, the Consent Judgment and Permanent Injunction having been tendered by Defendants to Plaintiff in accordance with the settlement agreement, the Parties now jointly move this Court for the entering of judgment in the form of the Consent Judgment and Permanent Injunction annexed hereto as Exhibit A.

7. The Parties anticipate that the entering of this Judgment in the form provided will finally and fully conclude the matter before the Court.

-3-

**WHEREFORE**, the Parties respectfully request that this Court grant their Joint Motion to enter the annexed Consent Judgment and Permanent Injunction.

Dated: July 1, 2026     Respectfully submitted,

*/Jacquelyn R. Prom/*     */s/ Christopher F. Lyon*

**PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP**    **COHEN CUNNINGHAM DEROSE HIGGINS LYON LLP**

Jacquelyn R. Prom      Christopher F. Lyon
Bradley L. Cohn       825 Third Avenue,
125 South Wacker Drive     21st Floor
Suite 2050        New York, New York 10022
Chicago, IL 60606      clyon@cohencunningham.com
(312) 554-8000       *Attorneys for Plaintiff*
jrp@pattishall.com
blc@pattishall.com

*Attorneys for Defendants*

-3-

-4-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 1, 2026, the above and foregoing was electronically filed via the Court's electronic filing system which will notify all parties of record of this filing.

<u>/Christopher F. Lyon/</u>